IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YARIMA GONZALEZ CRESPO, IN REPRESENTATION OF ALBETO PIERRE,

Petitioner,

v.

REBECCA GONZALEZ RAMOS, et al.,

Respondents.

CIVIL NO. 25-1696 (CVR)

**ORDER**

The request of Petitioner Yarima González Crespo, in representation of Albeto Pierre, for a Temporary Restraining Order (Docket No. 2) is DENIED.

By **January 9, 2026**, Petitioner shall serve upon Respondents Rebecca González, Pamela Bondi, Kristi Noem and Caleb Vitello copies of the filings in this case at Docket Nos. 1 and 2, with their corresponding exhibits, and of this Order.

Petitioner shall certify to the Court compliance the same day process is served at which time the Court will issue an Order to Show Cause to Respondents.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 30th day of December 2025.

S/CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ-RIVE
UNITED STATES DISTRICT JUDGE