IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YARIMA GONZALEZ CRESPO, IN REPRESENTATION OF ALBETO PIERRE,<br><br>Petitioner,<br>      v.<br><br>REBECCA GONZALEZ RAMOS, et al.,<br><br>Respondents. | CIVIL NO. 25-1696 (CVR) |

**ORDER TO SHOW CAUSE**

The second request of Petitioner Yarima González Crespo, in representation of Alberto Pierre, for a Temporary Restraining Order (Docket No. 8) is DENIED.

Respondents Rebecca González, John Doe 1, John Doe 2, Caleb Vitello, Kristi Noem, and Pamela Bondi shall SHOW CAUSE by **January 12, 2026**, as to why a habeas corpus writ should not issue. Petitioner is granted until **January 16, 2026,** to respond. If warranted, the court will promptly schedule a hearing.

Petitioner shall immediately serve upon all Respondents a copy of this order and shall certify compliance to the Court by **January 7, 2026**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 4th day of January 2026.

                         S/CAMILLE L. VELEZ-RIVE
                         CAMILLE L. VELEZ-RIVE
                         UNITED STATES DISTRICT JUDGE